# CIVIL COVER SHEET

JS-44 (Rev. 11/2020 DC)

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
**(EXCEPT IN U.S. PLAINTIFF CASES)**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
    Plaintiff

○ 3 Federal Question
    (U.S. Government Not a Party)

○ 2 U.S. Government
    Defendant

○ 4 Diversity
    (Indicate Citizenship of
    Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)**

○ **A.** *Antitrust*

**410** Antitrust

○ **B.** *Personal Injury/ Malpractice*

**310** Airplane
**315** Airplane Product Liability
**320** Assault, Libel & Slander
**330** Federal Employers Liability
**340** Marine
**345** Marine Product Liability
**350** Motor Vehicle
**355** Motor Vehicle Product Liability
**360** Other Personal Injury
**362** Medical Malpractice
**365** Product Liability
**367** Health Care/Pharmaceutical
     Personal Injury Product Liability
**368** Asbestos Product Liability

○ **C.** *Administrative Agency Review*

**151** Medicare Act

**Social Security**
**861** HIA (1395ff)
**862** Black Lung (923)
**863** DIWC/DIWW (405(g))
**864** SSID Title XVI
**865** RSI (405(g))
**Other Statutes**
**891** Agricultural Acts
**893** Environmental Matters
**890** Other Statutory Actions (If
     Administrative Agency is
     Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

**Any nature of suit from any category may be selected for this category of case assignment.**

***(If Antitrust, then A governs)***

○ **E.** *General Civil (Other)*          OR          ○ **F.** *Pro Se General Civil*

**Real Property**
**210** Land Condemnation
**220** Foreclosure
**230** Rent, Lease & Ejectment
**240** Torts to Land
**245** Tort Product Liability
**290** All Other Real Property

**Personal Property**
**370** Other Fraud
**371** Truth in Lending
**380** Other Personal Property
     Damage
**385** Property Damage
     Product Liability

**Bankruptcy**
**422** Appeal 28 USC 158
**423** Withdrawal 28 USC 157

**Prisoner Petitions**
**535** Death Penalty
**540** Mandamus & Other
**550** Civil Rights
**555** Prison Conditions
**560** Civil Detainee – Conditions
     of Confinement

**Property Rights**
**820** Copyrights
**830** Patent
**835** Patent – Abbreviated New
     Drug Application
**840** Trademark
**880** Defend Trade Secrets Act of
     2016 (DTSA)

**Federal Tax Suits**
**870** Taxes (US plaintiff or
     defendant)
**871** IRS-Third Party 26 USC
     7609

**Forfeiture/Penalty**
**625** Drug Related Seizure of
     Property 21 USC 881
**690** Other

**Other Statutes**
**375** False Claims Act
**376** Qui Tam (31 USC
     3729(a))
**400** State Reapportionment
**430** Banks & Banking
**450** Commerce/ICC Rates/etc
**460** Deportation
**462** Naturalization
     Application

**465** Other Immigration Actions
**470** Racketeer Influenced
     & Corrupt Organization
**480** Consumer Credit
**485** Telephone Consumer
     Protection Act (TCPA)
**490** Cable/Satellite TV
**850** Securities/Commodities/
     Exchange
**896** Arbitration
**899** Administrative Procedure
     Act/Review or Appeal of
     Agency Decision
**950** Constitutionality of State
     Statutes
**890** Other Statutory Actions
     (if not administrative agency
     review or Privacy Act)

| ○ **G.  *Habeas Corpus/ 2255*** | ○ **H.  *Employment Discrimination*** | ○ **I.  *FOIA/Privacy Act*** | ○ **J.  *Student Loan*** |
|---|---|---|---|
| **530** Habeas Corpus – General<br>**510** Motion/Vacate Sentence<br>**463** Habeas Corpus – Alien Detainee | **442** Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>***\*(If pro se, select this deck)\**** | **895** Freedom of Information Act<br>**890** Other Statutory Actions (if Privacy Act)<br><br>***\*(If pro se, select this deck)\**** | **152** Recovery of Defaulted Student Loan (excluding veterans) |
| ○ **K.  *Labor/ERISA (non-employment)*** | ○ **L.  *Other Civil Rights (non-employment)*** | ○ **M.  *Contract*** | ○ **N.  *Three-Judge Court*** |
| **710** Fair Labor Standards Act<br>**720** Labor/Mgmt. Relations<br>**740** Labor Railway Act<br>**751** Family and Medical Leave Act<br>**790** Other Labor Litigation<br>**791** Empl. Ret. Inc. Security Act | **441** Voting (if not Voting Rights Act)<br>**443** Housing/Accommodations<br>**440** Other Civil Rights<br>**445** Americans w/Disabilities – Employment<br>**446** Americans w/Disabilities – Other<br>**448** Education | **110** Insurance<br>**120** Marine<br>**130** Miller Act<br>**140** Negotiable Instrument<br>**150** Recovery of Overpayment & Enforcement of Judgment<br>**153** Recovery of Overpayment of Veteran's Benefits<br>**160** Stockholder's Suits<br>**190** Other Contracts<br>**195** Contract Product Liability<br>**196** Franchise | **441** Civil Rights – Voting (if Voting Rights Act) |

## V. ORIGIN

○ **1 Original Proceeding**    ○ **2 Removed from State Court**    ○ **3 Remanded from Appellate Court**    ○ **4 Reinstated or Reopened**    ○ **5 Transferred from another district (specify)**    ○ **6 Multi-district Litigation**    ○ **7 Appeal to District Judge from Mag. Judge**    ○ **8 Multi-district Litigation – Direct File**

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23 | **DEMAND $**<br>**JURY DEMAND:** | Check YES only if demanded in complaint<br>**YES**        **NO** |
|---|---|---|---|
| **VIII. RELATED CASE(S) IF ANY** | (See instruction)        **YES**        **NO** | | If yes, please complete related case form |

DATE: _____        SIGNATURE OF ATTORNEY OF RECORD _____

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
#### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

**I.**        COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

**III.**        CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

**IV.**        CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

**VI.**        CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

**VIII.**        RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.