CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

William M. Schooley, et al.

Plaintiff(s)

vs.

Islamic Republic of Iran

Defendant(s)

Civil Action No.: 1:26-cv-02154-BAH

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Abbas Araghchi, Minister of Foreign Affairs
Islamic Republic of Iran, Ministry of Foreign Affairs,
Imam Khomeini Street, Imam Khomeini Square, Tehran, Iran 1136914811

by: (check one)

- ☐ certified or registered mail, return receipt requested
- ☐ DHL
- ☑ Fed Ex

pursuant to the provisions of: (check one)

- ☐ FRCP 4(f)(2)(C)(ii)
- ☑ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): Islamic Republic of Iran, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Joshua M. Ambush
(Signature)

Joshua M. Ambush
Law Offices of Joshua M. Ambush, LLC
106 Old Court Road, Suite 303
Baltimore, MD 21208

(Name and Address)