8160 2717 1139 PACKAGE LABEL

8160 2717 1139 COMMERCIAL INVOICE LABEL

8160 2717 1139 DELIVERY RECORD LABEL

8160 2717 1139 DELIVERY REATTEMPT LABEL

# FedEx Express International Air Waybill

For FedEx services worldwide. Packages up to 150 lbs. (68 kg), excluding dangerous goods. Not all services and options are available to all destinations.

/0018/0050/0013729062/1 Sender's Copy

**1 From** *Please print and press hard.*

Date 09/02/26 Sender's FedEx Account Number 4851-6192-5

Sender's Name JOSHUA AMBUSH Phone 410 484-2070

Company LAW OFFICES OF JOSHUA M. AMBUS

Address

Address 106 OLD COURT RD STE 303

City PIKESVILLE State/Province MD

Country US ZIP/Postal Code 212084076

Email Address erabinowitz@ambushlaw.com

Internal Billing Reference SCHOOLEY PUNITIVES

**2 To** ☐ Residential Delivery

Recipient's Name ABBAS ARAGHCHI, MINISTER OF FOREIGN AFFAIRS

Company ISLAMIC REPUBLIC OF IRAN

Address MINISTRY OF FOREIGN AFFAIRS

Address IMAM KHOMEINI STREET Dept/Floor

City IMAM KHOMEINI SQUARE State/Province

Country TEHRAN, IRAN ZIP/Postal Code 1136914811

Email Address

Recipient's Tax ID Number for Customs Purposes — GST/RFC/VAT/IN/EIN/ABN/TIN, OR AS LOCALLY REQUIRED

**3 Shipment Information**

Total Packages (Shipper's Load and Count/SLAC) 1 Total Weight ____ ☐ lbs. ☐ kg DIM L / W / H ☐ in. ☐ cm

| Commodity Description DETAIL REQUIRED. PRINT IN ENGLISH. | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| DOCUMENTS | | | |

Has EEI been filed in AES? *For U.S. Export Only: Check One*
☐ No EEI required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.
☐ No EEI required, enter exemption number: ____ If other than NLR, enter License Exception: ____
☐ Yes – Enter AES proof of filing citation:

Total Declared Value for Carriage: Ø
Total Value for Customs (Specify Currency): Ø

**The service order has changed in Section 4. Signature options have been added to Section 6.**

For Completion Instructions, and details on services and options, see back of fifth page.

FedEx Tracking Number 8160 2717 1139 Form ID No. 0402

**4 Express Package Service**

NOTE: Service order has changed. Please select carefully.

☒ FedEx Intl. First ☐ FedEx Intl. Priority ☐ FedEx Intl. Economy

**5 Packaging**

☒ FedEx Envelope ☐ FedEx Pak ☐ FedEx Box ☐ FedEx Tube ☐ FedEx 10kg Box ☐ FedEx 25kg Box ☐ Other

**6 Special Handling and Delivery Signature Options** Fees may apply. See the FedEx Service Guide.

☐ HOLD at FedEx Location ☐ SATURDAY Delivery

☐ Direct Signature — Someone at recipient's address may sign for delivery.

☐ Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

**7 Payment** Complete payment options for both transportation charges and duties and taxes.

*Bill transportation charges to:*

☒ Sender (Acct. No. in Section 1 will be billed.) ☐ Recipient ☐ Third Party ☐ Credit Card ☐ Cash Check/Cheque — Enter FedEx Acct. No. or Credit Card No. below.

FedEx Use Only

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:*

☒ Sender (Acct. No. in Section 1 will be billed.) ☐ Recipient ☐ Third Party — Enter FedEx Acct. No. below.

FedEx Acct. No.

**8 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw or Montreal Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.
WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature: [signature]

662

**For questions or to ship and track packages, go to fedex.com.**
Or in the U.S. call 1.800.GoFedEx 1.800.463.3339.
Terms and conditions of service may vary from country to country.
For a full version of the Conditions of Contract, go to **fedex.com**.

RETAIN THIS COPY FOR YOUR RECORDS

RRDA 02/20

PART 158409 • Rev. Date 9/13 • ©1994–2013 FedEx • PRINTED IN U.S.A. • Non-Negotiable International Air Waybill